UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NOVEL RODRIGUEZ,

Debtor.
_____/

Case No.: 14-27814-BKC-AJC
Chapter 13

## NOTICE OF FILING

Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, files the instant Notice of Filing correspondence from the US Bank.

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ _____
Jose Miceli, Esq.
Florida Bar No. 0077539
Attorney for the Trustee
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

1



SunTrust Lockbox Services

Individual Batch Report

13DE Neidich, Nancy        2099        09/25/2015

Check No:  Acct No:  Amount:  Batch: 931 Transaction: 1 Image: 4



RECEIVED
CHAPTER 13 TRUSTEE
2015 SEP 21  AM 10:08

September 16, 2015

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

RE:   Mortgage Loan Number: 9900147628
      NOVEL RODRIGUEZ
      Bankruptcy Case Number: 14-27814

To whom it may concern;

This is in reference to the recent mortgage loan payment received on 6/22/2015 in the amount of $2,701.68. We are returning the check, as we are unable to process, for the reason reference below;

A loan modifciation was completed.

For more information, please contact U.S. Bank Home Mortgage Bankruptcy Department at 800-365-7900, extension 1510052.

Sincerely,
U.S. Bank Home Mortgage
Default Cash Processing - Bankruptcy

usbank.com                                                          Member FDIC  EQUAL HOUSING LENDER